UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| VANESSA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 25-132-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, et al., | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** that Plaintiff Vanessa Wilson's Complaint is **DISMISSED** and this action is **STRICKEN** from the Court's docket.

Dated: June 6, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky